**Order filed November 15, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00872-CV
_____

**KAMAL S. KADI, Appellant**

**V.**

**NEW TECH ENGINEERING, LP, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1000742**

## ORDER

A partial clerk's record has been filed in this appeal. According to information provided to this court, this is an appeal from a judgment signed August 21, 2012. Appellant filed his notice of appeal on September 20, 2012. Appellant also filed an affidavit of indigence in the trial court. On October 17, 2012, the trial court sustained the Harris County Clerk's contest to appellant's affidavit of indigence. On October 29, 2012, appellant filed a timely motion seeking review of the trial court's order.

Texas Rule of Appellate Procedure 20.1 governs the procedure to be followed when a party seeks to appeal without the advance payment of costs. Because more than

10 days have passed since the date appellant's motion was filed, the motion is granted by operation of law. *See* Tex. R. App. P. 20.1(j)(4).

Accordingly, we issue the following order:

The allegations in appellant's affidavit of indigence are deemed true and appellant is allowed to proceed without the advance payment of costs. *See* Tex. R. App. P. 20.1(j)(4). The Harris County Clerk is ordered to file a clerk's record in this appeal on or before December 3, 2012. The official court reporter for the Harris County Civil Court at Law No. 3 is ordered to file a reporter's record, if any, in this appeal on or before December 14, 2012.


PER CURIAM